Gary COLE, Appellant,

v.

STATE of Missouri, Respondent.

No. 63758.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 14, 1994.

Application to Transfer Denied
March 22, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

We find the findings of fact issued by the motion court in denying Movant's Rule 24.-035 motion without an evidentiary hearing were not clearly erroneous. Rule 84.16(b)(2). Further, we find no error of law appears. Rule 84.16(b)(5).

An opinion in this case would have no precedential value. Therefore, we affirm by written order. A memorandum has been issued to the parties for their use only.